UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  SUSAN DANETTE KRAUSE    )    CASE NO:  11 03666 JKC 7
    )
             Debtor.    )

### MOTION TO AVOID JUDICIAL LIEN and
### NOTICE OF OBJECTION DEADLINE

The Debtor hereby moves the court pursuant to 11 U.S.C. Section 522(f) to avoid the lien of The Village Pines at Pines of Greenwood HOA, Inc. on the following described real property:

Commonly known as:  772 Cembra Drive, Greenwood, Indiana  46143.

In support of said Motion, the Debtor submits the following information:

1.  The Debtor filed this case on March 30, 2011 - referred to as the "Petition Date".

2.  The Credit obtained a judgment which is a lien on the real property described above.  That judgment was obtained pre-petition on January 26, 2011, in the Johnson County Superior Court Number Three; Cause Number:  41D03-1005-MF-00264.

3.  The value of the real property as of the Petition date is $91,500.00.

4.  The other liens on the Property are as follows:  US Bank in the amount of $82,353.74 and the total amount of all other liens on the Real Property is $82,353.74.

5.  The Creditor's lien is in the amount of $7,753.51.

6.  The amount of the impaired exemption is $17,600.00.

7.  The Real Property has been claimed as exempt.  The line impairs an exemption of the Debtor and is subject to avoidance under 11 U.S.C. Section 522(f).

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy

Clerk within **21 days** of the date of this notice [or such other time period as may be permitted by Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by United States mail, courier, overnight/express mail, or in person at:

**Indianapolis**
116 U.S. Courthouse
46 E. Ohio St.
P.O. Box 44978
Indianapolis, IN 46244

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, Debtors move the Court to enter an order avoiding Creditor's judicial lien and granting such other relief as appropriate.

Dated March 29, 2011

MICHAEL F. HARPER, #8211-41

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading has been served upon the United States Trustee's Office and Paul D. Gresk, Trustee, electronically and upon The Village Pines at Pines of Greenwood HOA, Inc., Post Office Box 105302, Atlanta, Georgia 30348 and The Village Pines at Pines of Greenwood HOA, Inc., c/o Sentry Management, Inc., Registered Agent, 8425 Keystone Crossing, Suite 108, Indianapolis, Indiana 46240, by first class United States mail, postage prepaid, this 29th day of March, 2011.

MICHAEL F. HARPER, #8211-41

Michael F. Harper, #8211-41
103 East Monroe Street
Franklin, Indiana 46131
Telephone: 317-736-4661
Fax: 317-736-6171
Email: mharper46131@comcast.net